IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN HENRY MEADOR,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4314

_____/

Opinion filed April 12, 2016.

An appeal from the Circuit Court for Escambia County.
Michael Jones, Judge.

Nancy A. Daniels, Public Defender, and Danielle Jorden, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    Appellant, John Henry Meador, raises two issues on appeal, challenging his

judgment and five consecutive mandatory minimum sentences for five counts of

aggravated assault with actual possession of a firearm, arising from a single criminal

episode. We affirm the first issue without comment, and write only to address

Meador's assertion that the trial court erroneously determined it was required under section 775.087(2)(d), Florida Statutes (2013), to impose the mandatory minimum sentences consecutively.

On March 3, 2016, the Florida Supreme Court issued its opinion in Williams v. State, 41 Fla. L. Weekly S73 (Fla. Mar. 3, 2016), addressing whether section 775.087(2)(d) requires consecutive sentences for offenses arising from a single criminal episode. The court answered the question in the negative, holding that if the defendant discharges the firearm, consecutive sentences are permissible but not mandatory. Id. at S74. However, the court held that where a defendant does *not* discharge the firearm, the mandatory minimum sentences must be imposed concurrently. Id. Here, Meador was charged and convicted for five counts of aggravated assault wherein he displayed, but did not discharge a firearm. Accordingly, we are constrained to vacate Meador's consecutive sentences and remand for resentencing consistent with this opinion.

AFFIRMED in part, VACATED in part, and REMANDED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.

2